# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1975

_____

United States of America,      *
     *
       Appellee,      *   Appeal from the United States
     *   District Court for the
v.      *   Eastern District of Missouri.
     *
John Henry Turner, Jr.,      *   [UNPUBLISHED]
     *
       Appellant.      *

_____

Submitted: June 13, 2008
Filed: June 17, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal prisoner John Henry Turner, Jr., appeals the district court's[1] denial of his motions for postconviction relief and reconsideration. We lack jurisdiction to review the court's denial of relief under Federal Rule of Criminal Procedure 35. *See* Fed. R. App. P. 4(b)(1)(A)(i), (3)(A). We conclude that the district court did not err in denying Turner's successive 28 U.S.C. § 2255 motion or his motion for reconsideration, *see* 28 U.S.C. §§ 2255, 2244(b)(3)(A), and thus we affirm. We deny the government's pending motion.

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.